MANGUAL *v.* THE REGISTRAR OF PROPERTY.

APPEAL from a decision of the Registrar of Property of Caguas.

No 120.—Decided June 11, 1912.

APPEAL—TIME ALLOWED FOR ADMINISTRATIVE APPEAL—COMPUTATION OF TIME.— In accordance with section 3 of the Act of March 1, 1902, governing administrative appeals, said appeals must be taken within 20 days from the notice of the decision of the registrar. In the case at bar notice of the decision appealed from was served on May 4 and the notice of appeal was not filed in the office of the secretary of this court until after the 24th of the same month. *Held:* That the appeal should be dismissed because it was not taken within the time fixed by law. The time within which an appeal may be taken is computed by excluding the first day and including the last, unless the last day is a holiday, in which case it is also excluded.

The facts are stated in the opinion.

Mr. *Manuel Tous Soto* for appellant.

MR. JUSTICE ALDREY delivered the opinion of the court.

José Sergio Mangual Falero and others presented for record to the Registrar of Property of Caguas a deed of partition of the Estate of María Concepción Falero and her husband, Juan de la Cruz Mangual, which the registrar refused to record by a note entered at the foot of the document and of which the parties in interest were notified on May 4 last.

After the 24th of said month the parties to the document filed in the office of the Secretary of this Supreme Court a writing for an administrative appeal from the decision denying the recording of the document.

In accordance with section 3 of the Act of March 1, 1902, which is section 801 of the Revised Statutes of Porto Rico, an administrative appeal from the decision of a registrar refusing to record a document must be taken within 20 days from the notice thereof.

In accordance with section 388 of the Political Code the time is computed by excluding the first day and including the last, unless the last day is a holiday, and then it is also excluded. Therefore, in accordance with this section the period of 20 days provided by law for taking this appeal began to run from the day following the notice of the decision—that is, from May 5—even though it was a holiday, and expired on Friday, the 24th of the same month. *Muñoz* v. *López,* 14 P. R. R., 453.

Therefore, the appeal in the case not having been taken within the 20 days provided by law we cannot consider it, and in accordance with our decision in the case of *Finlay* v. *Registrar of Property,* 16 P. R. R., 17, and cases therein cited, the appeal should be dismissed.

*Dismissed.*

Chief Justice Hernández and Justices MacLeary, Wolf and del Toro concurred.